**98–2041.  Reed v. Kinkela.**
In Habeas Corpus.  *Sua sponte,* writ allowed.  Allowing the writ means only that a return is ordered.

See *Workman v. Warden* (1997), 80 Ohio St.3d 1479, 687 N.E.2d 474; *Pegan v. Crawmer* (1995), 73 Ohio St.3d 607, 609, 653 N.E.2d 659, 661. Respondents are ordered to file a return of writ within thirty days of service of the petition, and petitioner may file a response within twenty days after the return. Petitioner's physical presence before this court is not required. *Gaskins v. Shiplevy* (1996), 76 Ohio St.3d 380, 382, 667 N.E.2d 1194, 1196.

DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent and would dismiss this cause.